NO. 07-09-00395-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
SEPTEMBER 8, 2010
--------------------------------------------------------------------------------

 
 NORMAN CECIL DONOVAN, APPELLANT
 
 v.
 
 DANIEL R. BECK, ET AL, APPELLEES 
--------------------------------------------------------------------------------

 
 FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2009-548,685; HONORABLE LESLIE HATCH, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant, Norman Cecil Donovan, an inmate proceeding pro se, filed a notice of appeal challenging the trial court's December 3, 2009 order of dismissal of his claims as frivolous, pursuant to chapter 14 of the Texas Civil Practice and Remedies Code. We dismiss.
On January 13, 2010, Donovan filed a document with this Court entitled "Plaintiff's Appellant Deprivation of Due Process Laws Day in Court on Discriminatory Laws," in which Donovan made no citations to the record and cited no legal authority. Because of the document's numerous deficiencies, it was not construed by this Court to be Donovan's appellate brief. As such, by letter dated May 13, 2010, this Court notified Donovan that his appellate brief was past due and directed him to file his brief on or before May 24, 2010. On May 24, 2010, Donovan filed a duplicate of the January 13, 2010 document. Upon realizing that Donovan intended this document to be his appellate brief, by letter dated May 27, 2010, this Court notified Donovan that his brief was deficient and directed him to correct the deficiencies and re-file his brief on or before June 25, 2010. When Donovan failed to comply with the June 25 deadline, this Court notified Donovan of his failure and informed him that his corrected brief must be filed by August 9, 2010, or his appeal would be dismissed for want of prosecution. See id. at 42.3(b). Despite two notices and a reasonable time in which to comply with this Court's directive, Donovan has failed to file a corrected brief or in any way respond.

Accordingly, we dismiss the appeal for want of prosecution and for failure to comply with a deadline set by the Clerk of this Court. See id. at 42.3(b)(c).

 Mackey K. Hancock
 Justice